UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:15-cr-397-T-33AEP

GARY HUGHES
_____/

ORDER

This cause is before the Court pursuant to Defendant's Motion for Disbursal of Bond Funds (Doc. # 119), which was filed on December 6, 2016. The Court grants the Motion. The Clerk is directed to release the $25,000 bond, plus any accrued interest, less the Court Registry fees, to Thomas Malloy at 3622 Kemper Court, #29, San Diego, California 92110, and thereafter, close the account.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Motion for Disbursal of Bond Funds (Doc. # 119) is **GRANTED** as specified above.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of December, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE